IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNY RATLIFF**                                                                          **PETITIONER**
ADC #129918

v.                                    Case No. 5:18-cv-230-KGB-JTK

**WENDY KELLEY**, Director of
Arkansas Department of Correction                                    **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Johnny Ratliff's petition for writ of habeas corpus is denied, and this case is dismissed with prejudice.

It is so adjudged this 14th day of June, 2021.

_____
Kristine G. Baker
United States District Judge